■    In the Matter of the Arbitration between RAMONA BAUMAN, Respondent, and INSURANCE COMPANY OF NORTH AMERICA, Appellant.— Order, entered April 16, 1968, denying appellant's motion to stay arbitration, unanimously reversed on the law, with $30 costs and disbursements to appellant, and the motion granted. A preliminary trial is directed on whether the occurrence and injuries were caused by a "hit-and-run automobile". The policy definition of such an automobile includes one whose operator or owner cannot be identified. The insured owner of the automobile of which respondent was a passenger reported the registration number of the offending vehicle and that the identifying letters were either " CB " or " BB ". In addition, the report describes the vehicle as a " big dark sedan ". There are two insured vehicles registered with the reported

number. The one with the "CB" is a Buick and that with the "BB" is a Rambler. The record presents a preliminary nonarbitrable issue as to whether the occurrence and injuries were caused by a "hit-and-run automobile." Concur — Botein, P. J., Stevens, Capozzoli, Rabin and McNally, JJ.